UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
SARAH MATTHEWS and JEFFREY MATTHEWS, Individually, and as Parents and Natural Guardians of M.M. 1, an infant under the age of 18 years and M.M. 2, an infant under the age of 18 years,

**Defendant / Respondent:**
BRUNSWICK CORPORATION d/b/a MERCURY MARINE, by and through its Agents, Officers, and/or Employees,

**AFFIDAVIT OF SERVICE**

Index No:
6:24-CV-0202
DATE FILED:
02/09/2024

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Mon, Feb 19 2024 AT 10:03 AM AT 6250 PIONEER ROAD, FOND DU LAC, WI 54935 deponent served the within CIVIL CASE ASSIGNMENT & FILING ORDER NOTICE, SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET on BRUNSWICK CORPORATION d/b/a MERCURY MARINE, by and through its Agents, Officers, and/or Employees,

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** By delivering a true copy of each to RITA HOLBACK personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be AUTHORIZED TO ACCEPT thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50    Ethnicity: Caucasian    Gender: Female    Weight: 175
Height: 5'6"    Hair: Brown    Eyes: ____    Relationship: AUTHORIZED TO ACCEPT
Other: ____

_____
Kenneth J. Klewicki

Sworn to before me on Feb 19, 2024

_____
Notary Public    my commission expires 05-02-2025

[Notary Seal: CHRISTINA L. BUTZEN, NOTARY PUBLIC, STATE OF WISCONSIN]