**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH MATTHEWS and JEFFREY MATTHEWS, Individually, and as Parents and Natural Guardians of M.M. 1, an infant under the age of 18 years and M.M. 2, an infant under the age of 18 years,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>BRUNSWICK CORPORATION d/b/a MERCURY MARINE, by and through its Agents, Officers, and/or Employees,<br><br>　　　　　　　　　　Defendant. | Case No. 6:24-cv-0202 (DHH/TWD)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Tara L. Pehush of K&L Gates LLP, hereby enters her appearance in this action as counsel for Defendant Mercury Marine, a division of Brunswick Corporation and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:  New York, New York
　　　　April 29, 2024

Respectfully submitted,

K&L GATES LLP

By: _/s/ Tara L. Pehush_
　　　Tara L. Pehush
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 536-4852
Facsimile:  (212) 536-3901
Email:  Tara.Pehush@klgates.com

*Attorneys for Defendant Mercury Marine, a division of Brunswick Corporation*