UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| SARAH MATTHEWS and JEFFREY MATTHEWS, Individually, and as Parents and Natural Guardians of M.M. 1, an infant under the age of 18 years and M.M. 2, an infant under the age of 18 years,<br><br>              Plaintiffs,<br><br>-against-<br><br>BRUNSWICK CORPORATION d/b/a MERCURY MARINE, by and through its Agents, Officers, and/or Employees,<br><br>              Defendant. | Case No. 6:24-CV-0202 (DNH/TWD) |

-------------------------------------------------------------------X
BRUNSWICK CORPORATION d/b/a MERCURY
MARINE, by and through its Agents, Officers, and/or
Employees,

              Third-Party Plaintiff,

-against-

DAVID YOULEN,

              Third-Party Defendant.
-------------------------------------------------------------------X

## **MERCURY MARINE'S THIRD-PARTY SUMMONS**

TO:    David Youlen
           154 Gadwell Lane
           Manlius, NY 13104

     A lawsuit has been filed against defendant Brunswick Corporation d/k/a Mercury Marine, by and through its Agents, Officers and/or Employees, which as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Sarah Matthews and Jeffrey Matthews, Individually, and as Parents and Natural Guardians of M.M. 1, an infant under the age of 18 years and M.M. 2, an infant under the age of 18 years.

     Within 21 days after the service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States Agency, or an officer or

1

employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the third-party plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

> Christina M. Paul (admitted pro hac vice)
> K&L Gates LLP
> Southeast Financial Center
> 200 South Biscayne Boulevard
> Suite 3900
> Miami, Florida 33131-2399
> Tel.:  305-539-3300

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Timothy J. DeMore
> DeMore Law Firm
> 125 East Jefferson Street
> Suite 900
> Syracuse, New York 13202
> Tel.:  315-413-7002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Dated:  October 10 , 2024

*Clerk of Court*

s/ Helen M. Reese

*Signature of Clerk or Deputy Clerk*