Attorney:
CHRISTINA M. PAUL
K&L GATES
599 LEXINGTON AVENUE
NEW YORK NY 10022


739095

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF NEW YORK

SARAH MATTHEWS, ET AL
    Plaintiff

BRUNSWICK CORPORATION D/B/A MERCURY MARINE, BY AND THROUGH ITS AGENTS, OFFICERS, AND/OR EMPLOYEES
    Defendant

Index / case #: 6:24-CV-00202

## AFFIDAVIT OF SERVICE

Onondaga County, State of: New York    Michelle Meyer    being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: New York

On 10/15/24 at 3:15 am/**pm** at: 125 EAST JEFFERSON STREET SUITE 900 SYRACUSE NY 13202

**Deponent served the within:** THIRD-PARTY SUMMONS; THIRD-PARTY COMPLAINT; CIVIL DOCKET; UNIFORM PRETRIAL SCHEDULING ORDER; CIVIL CASE MANAGEMENT PLAN; GENERAL ORDER #25, CIVIL CASE ASSIGNMENT & FILING ORDER; COMPLAINT

On which were set forth the Index No., herein, and date of filing

**On:** TIMOTHY J. DEMORE DEMORE LAW FIRM
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to:_____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[X] **Corporation or Partnership** — By delivering thereat a true copy of each to: **Timothy J. Demore** personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be **Managing agent** thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[X] Male   [X] White skin   [ ] Black hair   [ ] 14-20 Yrs   [ ] Under 5'   [ ] Under 100 Lbs
[ ] Female   [ ] Black skin   [ ] Brown hair   [ ] 21-35 Yrs   [ ] 5'0"-5'3"   [ ] 100-130 Lbs
    [ ] Yellow skin   [ ] Gray hair   [ ] 36-50 Yrs   [ ] 5'4"-5'8"   [ ] 131-160 Lbs
    [ ] Brown skin   [X] Blonde hair   [X] 51-65 Yrs   [X] 5'9"-6'0"   [X] 161-200 Lbs
    [ ] Red skin   [ ] Red hair   [ ] Over 65 Yrs   [ ] Over 6'   [ ] Over 200 Lbs

Other Identifying Features _____

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[ ] _____

Sworn to before me on 22nd day of October, 2024

JENNA R. SPENDLE
Notary Public, State of New York
No. 01SP5218196
Qualified in Onondaga County
My Commission Expires March 1, 2026

Michelle Meyer
(Print name below signature)
Michelle Meyer

File No.   6:24-CV-00202        Work Order No.   739095

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SARAH MATTHEWS and JEFFREY MATTHEWS,
Individually, and as Parents and Natural Guardians of
M.M. 1, an infant under the age of 18 years and M.M.
2, an infant under the age of 18 years,

               Plaintiffs,

-against-

BRUNSWICK CORPORATION d/b/a MERCURY
MARINE, by and through its Agents, Officers, and/or
Employees,

               Defendant.
-----------------------------------------------------------------X
BRUNSWICK CORPORATION d/b/a MERCURY
MARINE, by and through its Agents, Officers, and/or
Employees,

               Third-Party Plaintiff,

-against-

DAVID YOULEN,

               Third-Party Defendant.
-----------------------------------------------------------------X

Case No. 6:24-CV-0202
(DNH/TWD)

## MERCURY MARINE'S THIRD-PARTY SUMMONS

TO:  David Youlen
       154 Gadwell Lane
       Manlius, NY 13104

     A lawsuit has been filed against defendant Brunswick Corporation d/k/a Mercury Marine, by and through its Agents, Officers and/or Employees, which as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Sarah Matthews and Jeffrey Matthews, Individually, and as Parents and Natural Guardians of M.M. 1, an infant under the age of 18 years and M.M. 2, an infant under the age of 18 years.

     Within 21 days after the service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States Agency, or an officer or

1

employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the third-party plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

    Christina M. Paul (admitted pro hac vice)
    K&L Gates LLP
    Southeast Financial Center
    200 South Biscayne Boulevard
    Suite 3900
    Miami, Florida 33131-2399
    Tel.: 305-539-3300

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Timothy J. DeMore
    DeMore Law Firm
    125 East Jefferson Street
    Suite 900
    Syracuse, New York 13202
    Tel.: 315-413-7002

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Dated: October 10, 2024

                                                    Clerk of Court

                                                    s/ Helen M. Reese
                                                    *Signature of Clerk or Deputy Clerk*