UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

SARAH MATTHEWS and JEFFREY MATTHEWS, Individually, and as Parents and Natural Guardians of M.M. 1, an infant under the age of 18 years and M.M. 2, an infant under the age of 18 years,

                        Plaintiffs,

v.

BRUNSWICK CORPORATION d/b/a MERCURY MARINE, by and through its Agents, Officers, and/or Employees,

                        Defendant.

_____

BRUNSWICK CORPORATION d/b/a MERCURY MARINE, by and through its Agents, Officers, and/or Employees,

                        Defendant/
                        Third-Party Plaintiff,

v.

DAVID YOULEN,

                        Third-Party Defendant.

_____

**ANSWER TO THIRD-PARTY COMPLAINT**
Case No. 6:24-CV-0202 (DNY/TWD)

      The Third-Party Defendant, David Youlen, by and through his attorneys, Sugarman Law Firm, LLP, answering the Third-Party Complaint alleges:

      1.     ADMITS the allegations contained in paragraphs 1, 8, 9, 10, and 26.

      2.     DENIES knowledge and information sufficient to form a belief as to the allegations contained in paragraphs 2, 3, 4, 7, 11, 27, and 30.

3. DENIES the allegations contained in paragraphs 5, 6, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 23, 24, 25, 28, 31, 32, 33, 34, 35, 36, 37, 38, and 39.

4. With respect to paragraphs 22 and 29, Third-Party Defendant repeats, reiterates, and realleges each and every admission and denial heretofore made with the same force and effect as if more fully set forth herein.

5. DENIES each and every other allegation not hereinbefore specifically admitted, controverted or denied.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE, THE THIRD-PARTY DEFENDANT ALLEGES:**

6. That the court has no jurisdiction of the person of the Third-Party Defendant.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE, THE THIRD-PARTY DEFENDANT ALLEGES:**

7. That whatever injuries the Plaintiffs and/or Third-Party Plaintiff sustained were caused or were contributed to by the culpable conduct of the Plaintiffs and/or Third-Party Plaintiff.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE, THE THIRD-PARTY DEFENDANT ALLEGES:**

8. That the accident and injuries complained of in the Third-Party Plaintiff's Complaint were caused or brought about by the negligence of a third person or persons over whom the Third-Party Defendant herein had no control and for whose acts this Third-Party Defendant is in no way responsible.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, THE THIRD-PARTY DEFENDANT ALLEGES:**

9. Plaintiffs and/or Third-Party Plaintiff have failed to take all reasonable and necessary steps to mitigate their damages.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, THE THIRD-PARTY DEFENDANT ALLEGES:**

10. The Third-Party Defendant owed no duty so as to make him liable in this action

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, THE THIRD-PARTY DEFENDANT ALLEGES:**

11. That the Third-Party Plaintiff has failed to join necessary or indispensable party.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, THE THIRD-PARTY DEFENDANT ALLEGES:**

12. That the Third-Party Complaint fails to state a cause of action upon which relief may be properly granted.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE, THE THIRD-PARTY DEFENDANT ALLEGES:**

13. That the cause of action in the Third-Party Complaint is barred by the applicable statute of limitations.

WHEREFORE, the Third-Party Defendant demands judgment dismissing the Third-Party Complaint and the costs and disbursements of this action.

**THIRD-PARTY DEFENDANT DEMANDS A JURY TRIAL.**

Dated: November 7, 2024

_____
Alexandra A. Calhoun, Esq.
Bar Roll No.: 703481
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Defendant*
211 W. Jefferson Street
Syracuse, New York 13202
Telephone: (315) 474-2943
*acalhoun@sugarmanlaw.com*

TO:   Christina M. Paul, Esq.
      Tara L. Pehush, Esq.
      Nicole M. Kozin, Esq.
      **K&L GATES, LLP**
      *Attorneys for Mercury Marine, a Division of Brunswick Corporation*
      Southeast Financial Center
      200 South Biscayne Boulevard, Suite 300
      Miami, Florida 33131-2399
      Telephone: (305) 539-3316
      *Christina.paul@klgates.com*
      *Tara.pehush@klates.com*
      *Nicole.kozin@klgates.com*

CC:   Phillip D. Dysert, Esq.
      Timothy J. DeMore, Esq.
      **DEMORE LAW FIRM, PLLC**
      *Attorneys for Plaintiffs*
      125 East Jefferson Street, Suite 900
      Syracuse, New York 13202
      Telephone: (315) 413-7004
      *pdysert@demorelaw.com*
      *tdemore@demorelaw.com*