AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

| | |
|---|---|
| SARAH MATTHEWS and JEFFREY MATTHEWS, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| BRUNSWICK CORPORATION d/b/a MERCURY MARINE, | ) Case No. 6:24-CV-0202 |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| DAVID YOULEN, | ) |
| Third-Party Defendant. | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Youlen

Date: November 8, 2024

*/s/ Alexandra Calhoun*
Attorney's signature

Alexandra A. Calhoun, Esq./703481
Printed name and bar number

Sugarman Law Firm, LLP
211 West Jefferson St.
Syracuse, NY 13202
Address

acalhoun@sugarmanlaw.com
E-mail address

(315) 362-8967
Telephone number

(315) 474-0235
FAX number