

Phillip D. Dysert                                                                                              Direct: 315-413-7004

January 6, 2025

**VIA CM/ECF SYSTEM**

Honorable Therese Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
100 South Clinton Street
Syracuse, New York  13261-7346

      Re:    Sarah Matthews, et. al. v. Brunswick Corporation d/b/a Mercury Marine
              <u>v. David Youlen</u>
              Civil Action No.:  6:24-CV-202

Dear Judge Dancks:

      As the Court is aware, a Uniform Pretrial Scheduling Order was executed and filed on May 13, 2024, establishing various discovery deadlines for this matter.  Since that time, a third-party action has been filed against David Youlen and an Answer to the Third-Party Complaint was interposed on November 7, 2023.  As such, the parties jointly request a discovery conference to discuss the status of discovery and amend the Uniform Pretrial Scheduling Order as necessary.

      Thank you.

                                                         Respectfully submitted,

                                                          Phillip D. Dysert

PDD

cc:    Christina M. Paul, Esq. - **Via CM/ECF System**
        Tara L. Pehush, Esq. - **Via CM/ECF System**
        Alexandra A. Calhoun, Esq. - **Via CM/ECF System**