

Christina M. Paul
Partner
christina.paul@klgates.com
T 305.539.3316

March 28, 2025

**VIA CM/ECF SYSTEM**

Honorable Elizabeth C. Coombe
U.S. District Court Judge
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

RE:  *Sarah Matthews, et. al. v. Brunswick Corporation d/b/a Mercury Marine v. David Youlen*
  Case No. 6:24-cv-00202-ECC-TWD
  No Objection as to Plaintiffs' Request to Discontinue Minors' Claims
  *See* [ECF No. 45]

Dear Judge Coombe:

We are writing to inform the Court that our client Mercury Marine, a division of Brunswick Corporation ("Mercury Marine"), has no objection to the requested relief in Plaintiffs' Request to Discontinue "Zone of Danger" Claims, *see* [ECF No. 45-3]. While Mercury Marine does not agree with all of the characterizations of the underlying allegations identified in Plaintiffs' filing, Mercury Marine has no objection to the relief requested by Plaintiffs, i.e. the withdrawal of the Minor Plaintiffs' "Zone of Danger" claims. As such, Mercury Marine respectfully requests that this correspondence be accepted as Mercury Marine's briefing with respect to Plaintiffs' Request. Thank you very much.

Very truly yours,

Christina M. Paul

cc:
Timothy J. DeMore, Esq.       (via ECF service)
Phillip D. Dysert, Esq.       (via ECF service)
Alexandra A. Calhoun, Esq.    (via ECF service)
Nicole M. Kozin, Esq.         (via ECF service)

K&L GATES LLP
SOUTHEAST FINANCIAL CENTER  200 SOUTH BISCAYNE BOULEVARD  SUITE 3900  MIAMI  FL 33131
T +1 305 539 3300  F +1 305 358 7095  klgates.com